# UNITED STATES DISTRICT COURT
## District of Maine

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 05-27-P-S |
| | ) | |
| NICHOLAS RICHARD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on June 28, 2005, his Recommended Decision (Docket No. 34). Defendant filed his Objection to the Recommended Decision (Docket No. 35) on July 8, 2005. Plaintiff filed its Response to Objection (Docket No. 36) on July 25, 2005.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1.      It is therefore ORDERED that the Recommended Decision
of the Magistrate Judge is hereby AFFIRMED.

2.      Defendants' Motion to Suppress (Docket No. 24) is DENIED.
Defendant's Motion for a *Franks* Hearing (Docket No. 30) is DENIED.

_/s/ George Z. Singal_____
Chief U.S. District Judge

Dated this 26th day of July, 2005.